In the United States District Court
For the District of Columbia

**FILED**

AUG 3 1 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

Hewlett-Packard Company,

    Plaintiff (Complainants),

v.

Acer, Inc. and Acer America Corporation,

    Defendants (Respondents).

Misc. Action No.:07-335
Judge: Thomas F. Hogan

## PROPOSED ORDER

This matter having arisen upon the motion of Plaintiff, Hewlett-Packard Company for a letter rogatory for the examination by deposition of and the production of documents by Quanta Computer, Inc., Compal Electronics, Inc., MStar Semiconductor, Inc., Realtek Semiconductor, Inc. and Silicon Integrated Systems Corporation ("the Taiwanese companies"), and it appearing that such letter rogatory is appropriate,

IT IS ORDERED, that the Clerk of this Court shall issue the letter of request in the form attached to this order.

Dated: August 29, 2007

By: _____
United States District Judge

1

WASH1\4917956.1