

**United States Department of State**

*Washington, D.C. 20520*

## MEMORANDUM

TO:         The Clerk of Court

FROM:    Linda P. McFadyen
             East Asia and Pacific Division
             Overseas Citizens Services

DATE:     June 26, 2008

SUBJECT: Hewlett_Packard v Acer
             Misc. 07-335 TFH
             Obtain Evidence from: Compal Electronics

The enclosed envelope contains a response to the court's request for service in the subject case.

Please feel free to Gregory J. Lundell at DLA Piper US LLP, 2000 University Avenue, East Palo Alto, California 94303-2214, [o] 650.833.2062 | [f] 650.687.1122; greg.lundell@dlapiper.com | www.dlapiper.com with any questions you may have.

Enclosure: as stated

**RECEIVED**

JUN 3 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



| | |
|---|---|
| Taiwan | ) |
| City of Taipei | ) |
| American Institute in Taiwan | )   ss: |
| Taipei Office | ) |

I, June A. Shin, hereby depose and say as follows:

1. I am employed by the American Institute in Taiwan and am presently stationed at the American Institute in Taiwan, Taipei Office, Consular Section, American Citizen Services Unit.

2. In the absence of diplomatic relations, unofficial commercial, cultural and other relations between the people of the United States and the people of Taiwan are conducted by the American Institute in Taiwan, an unofficial organization funded by Congress.

3. The American Institute in Taiwan ("AIT"), a nonprofit entity incorporated under the laws of the District of Columbia, is authorized to assist and "... protect the interests of United States persons by performing acts such as are authorized to be performed outside the United States for consular purposes by such laws of the United States as the President may specify." See 22 U.S.C. 3305, 3306(a)(3). The judicial assistance acts of AIT personnel parallel the acts performed by U.S. consular officers under 28 U.S.C. 1781(a)(2). See 22 C.F.R. 92.54, 92.66.

4. Pursuant to Section 10(a) of the Taiwan Relations Act, 22 U.S.C. 3309(a), Taipei Economic and Cultural Representative Office (TECRO) is the instrumentality established by the people on Taiwan having the necessary authority under the laws of Taiwan to take actions on behalf of Taiwan in accordance with the Taiwan Relations Act (22 U.S.C. 3301 et seq. (Section 1-204, Ex. Or. No. 12143 of 6/22/79, 44 Fed Reg 37191.)

5. Officers of AIT follow the guidelines for performance of consular services set forth in 22 C.F.R. Part 92 and Volume 7 of the U.S. Department of State's Foreign Affairs Manual ("FAM"). 7 FAM Chapter 900 governs the performance of services related to international judicial assistance.

6. 22 U.S.C. 3306(b) provides that acts performed by authorized employees of AIT under 22 U.S.C. 3306 are valid, and of like force and effect within the United States, as if performed by any other person authorized under the laws of the United States to perform such acts.

7. Letters rogatory issued by a tribunal in the United States requesting international judicial assistance from Taiwan are transmitted, pursuant to

28 U.S.C. 1781(a)(2) to the foreign tribunal, officer, or agency to whom it is addressed through AIT. AIT transmits the request to TECRO, which forwards it to the appropriate Taiwan authority in a position to assign the request to a tribunal for execution. The executed request is received by AIT from TECRO and returned to the requesting tribunal in the United States.

On September 28, 2007, AIT received two sets of letters rogatory and accompanying documents requesting judicial assistance in connection with Hewlett-Packard Company v Acer, Inc., & Acer America Corp. Civil Action No. Misc.07-335, service upon Compal Electronics, Inc. On October 12, 2007 AIT transmitted these to TECRO for action. On December 3, 2007 AIT received a communication from TECRO indicating that service of process has been effected. However, it was noted that the certificate of service returned without any documentary evidence attached. We then re-transmitted it to TECRO on Dec. 17, 2007 for further action.

9. On May 9, 2008, AIT received a communication from TECRO confirming that service of process has been effected on Compal Electronics, Inc. on March 28, 2008 by the Taiwan Shihlin District Court, Taiwan.

I declare under penalty of perjury that the foregoing is true and correct.

June A. Shin
Consular Officer

Executed in Taipei, Taiwan
On June 5, 2008

The foregoing Unsworn Declaration Under Penalty of Perjury was executed in accordance with 28 U.S.C. 1746.

-2-