# In the United States District Court
# For the District of Columbia

| | |
|---|---|
| HEWLETT-PACKARD COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>Acer, Inc. & Acer America Corp.,<br><br>    Defendants. | Civil Action No. 07-mc-335 (TFH) |

## [PROPOSED] ORDER TERMINATING CIVIL ACTION NO. 07-MC-335

The above-captioned miscellaneous action was instituted for the purpose collecting evidence in United States International Trade Commission Investigation No. 337-TA-606 (the "-606 Investigation") through letters rogatory to the Taiwanese Judicial Authorities. This Court issued letters rogatory and the same were transmitted to the Taiwanese Judicial Authorities for service. On June 17, 2008, Administrative Law Judge Paul Luckern issued an Initial Determination terminating the -606 Investigation based on a settlement between Hewlett-Packard Company and Acer, Inc. Accordingly, the need for further action by the Taiwanese Judicial Authorities on the letters rogatory is no longer required and no further assistance is required from this Court. The Court therefore Orders the Clerk of the Court to close Miscellaneous Action No. 07-mc-335.

  SO ORDERED.

Dated: July ____, 2008        By:_____
                          Thomas F. Hogan
                          United States District Court Judge

- 2 -

**Persons to be Notified Pursuant to Local Civil Rule 7(k)**

James Martin Heintz
DLA PIPER US LLP
500 8th Street, NW
Washington, DC 20004
(202) 799-4171
Fax: (202) 799-5000
Email: jim.heintz@dlapiper.com

Linda P. McFadyen
East Asia and Pacific Division
Overseas Citizens Services
United States Department of State
Washington, D.C. 20520
Email: McfadyenLP@state.gov

- 2 -